# United States Court of Appeals
## For the First Circuit

Nos. 06-1399, 06-2345

MINYA K. ZERU and RUSSOM B. GHEBRAI,

Petitioners,

v.

ALBERTO R. GONZALES,
Attorney General of the United States,

Respondent.

**ERRATA SHEET**

The opinion of this court, issued September 19, 2007, should be amended as follows:

On cover sheet: Replace "ALBERTO F. GONZALES" with "ALBERTO R. GONZALES"

On page 2, line 20:  Replace "The petition is" with "The petitions are"

On page 6, line 24-page 7, line 1: Delete "dated December 1999"

On page 9, line 20:  Replace "arrest" with "incident"

On page 17, line 13:  Replace "dates of sequences" with "dates or sequences"

On page 20, line 14:  Delete "gang"

On page 30, line 7: Replace "November 23" with "November 26"